City of Chicago v. Cohen, 210 Ill. App. 163.  ·

## City of Chicago, Appellee, v. Isadore Cohen, Appellant.

## Gen. No. 24,322.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. J. A. SWANSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Isadore Cohen, defendant, for violation of an ordinance. Defendant, upon conviction, failed to file the record for appeal purposes at the proper term. Appellee docketed the cause, filed a short record and moved to affirm the judgment of the Municipal Court.

Judgment affirmed under decision in *City of Chicago v. Salmitsky, ante,* p. 159.

No appearance for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.